No. 72–6147.  WILLIAMS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 72–6159.  JORDAN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 72–6163.  COTTEN ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 72–6165.  HOOK *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 72–6222.  SPARROW *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 72–6226.  FIGUEROA *v.* ZELKER, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 72–6235.  BOND *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 72–6242.  McKINLEY ET AL. *v.* FEDERAL NATIONAL MORTGAGE ASSN.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 72–6246.  HIGH *v.* WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 72–6247.  CARTER *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 72–6251.  LUSTER *v.* CEDARS OF LEBANON ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 72–6261.  JOSEPH *v.* OHIO.   Ct. App. Ohio, Summit County.   Certiorari denied.